# EXHIBIT 2

## ELECTION TO OPT OUT OF CERTIFIED CLASS ACTION

**Do Not Complete This Form Unless You Want To Be Excluded From The Class Action**

**Instructions:** Complete this Election to Opt Out of Certified Class Action Form if you **DO NOT** want to participate in any of the three opt-out classes described in the Notice of Certified Class Action Lawsuit. Do not complete this form if you want to remain a member of all the three certified, opt-out classes. If you choose to complete this form and opt out of any or all opt-out classes and individual relief is later awarded, you will not share in that relief. But you keep any rights to sue Defendant separately for individual relief arising from the same legal claims addressed by this Notice. You may remain a class member in a separate mandatory class seeking Plan relief, however. If you do not want to participate in any or all of the three certified, opt-out classes, you must complete this Form in its entirety and submit this Form to the Notice Administrator and postmarked by [DATE].

### I.     PERSONAL INFORMATION

Name (first, middle, and last): _____

Home Street Address: _____

City, State, Zip Code: _____

Telephone Number:  (_____) _____

Employee ID: _____

Location Where You Worked: _____

Signature: _____

Which Class or Classes (Statutory Violation Class, Plan Term Violation Class, and/or Individual Fiduciary Duty Class) would you like to exclude yourself? If you wish to exclude yourself from all three classes, write "all":

_____

### II.     REQUEST FOR EXCLUSION

By signing and returning this Form, I certify that I have carefully read the Notice of Certified Class Action Lawsuit and that I wish to be excluded from the class or classes listed above.

**I understand that this means I will not receive any money or other benefits from any settlement or judgment that may be achieved in this case on behalf of any of the classes for which I exclude myself, but maintain my ability to pursue individual relief separately from this lawsuit for the claims asserted by those classes.**

### III.    MAILING INSTRUCTIONS

If you choose to return this Form, it must be postmarked and mailed to the Notice Administrator on or before [DATE], at the address listed below:

[INSERT ADMINISTRATOR & MAILING ADDRESS]

4915-6666-2836, v. 1