**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | |
|---|---|
| RICHARD L. MEHLBERG, and ANGELA R. DEIBEL, individually, on behalf of all others similarly situated, and on behalf of the Plan,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS GROUP USA, INC.,<br><br>Defendant. | Case No. 2:24-cv-04179-WJE |

## REPLY IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND AND/OR AMEND THE DEADLINE FOR THE PARTIES' JOINT SUBMISSION OF NOTICE PLAN, PROPOSED NOTICE, AND AMENDED SCHEDULE

Defendant Compass Group USA, Inc. ("Compass Group"), by and through its counsel, hereby submits this Reply regarding its Motion to Extend and/or Amend the Deadline for the Parties' Joint Submission of Notice Plan, Proposed Notice, and Amended Schedule ("Motion"). ECF Nos. 91, 91-1.

Per the Court's April 28, 2026 Order, the Parties were to jointly submit a proposed class notice, joint proposed notice plan, and joint proposed amended scheduling order within 21 days after the Court's ruling on Defendant's Motion to Reconsider the Court's Order on Class Certification. ECF No. 86. On May 20, 2026, the Court issued its Order on Defendant's Motion to Reconsider the Court's Order on Class Certification. ECF No. 89. Accordingly, the Parties' joint submission was due by June 10, 2026. ECF Nos. 86, 89.

On June 3, 2026, Compass Group moved to extend the June 10 deadline in light of its pending petition for permission to appeal the Court's class certification decision pursuant to Federal Rule of Civil Procedure 23(f) ("23(f) Petition"). Plaintiffs opposed Compass Group's

1

Motion in part, agreeing to defer proposal of an amended schedule and distribution of class notice until after the 23(f) Petition is resolved, but arguing that the Parties should submit and the Court should consider a proposed class notice and notice plan while the 23(f) Petition is pending. ECF No. 92.

On June 10, 2026, the Parties timely submitted a joint submission that largely moots the instant Motion and outlines for the Court the Parties' current positions on the issues of class notice and future deadlines (ECF No. 95):

*First*, Compass Group's request to extend the deadline to jointly file a proposed class notice and notice plan is mooted by the Parties' June 10, 2026 filing of the same.

*Second*, Compass Group maintains its position that the Court should not review the proposed class notice or notice plan because, as explained in Compass Group's Motion, the outcome of the 23(f) Petition could substantially impact the content and distribution of class notice. ECF Nos. 91, 91-1. However, if the Court reviews and approves the proposed class notice and/or notice plan, Compass Group reserves the right to seek approval of an amended notice and/or submit an amended notice plan if the 23(f) Petition is granted.

*Third*, the Parties agree that mailing of class notice should be deferred until resolution of the 23(f) Petition, and Plaintiffs do not oppose deferring proposal of an amended schedule. ECF No. 92. Instead, the Parties should be ordered to submit a joint status report proposing how to proceed within seven business days of an order on the 23(f) Petition. ECF No. 95. Plaintiff's concern that submitting a proposed schedule may "imperil" the current November 2026 trial date does not justify prematurely setting deadlines for finishing merits and class discovery and filing summary judgment during the short wait for the Eighth Circuit's ruling on the 23(f) Petition, especially where that decision could materially impact the timing of those deadlines and,

2

especially, where discovery has continued in the interim without delay related to the pending 23(f) Petition.

Accordingly, for the reasons set forth herein and in the Motion, Compass Group respectfully requests that the Court issue an Order setting the deadlines set forth above. A revised proposed Order will be submitted contemporaneously with this filing.

Dated: June 17, 2026

**JACKSON LEWIS P.C.**

*/s/ Lindsey H. Chopin*
René E. Thorne*
René.Thorne@jacksonlewis.com
Lindsey H. Chopin*
Lindsey.Chopin@jacksonlewis.com
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

Phillip C. Thompson (MO Bar #69915)
7101 College Blvd., Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Phillip.Thompson@jacksonlewis.com

*Admitted via *Pro Hac Vice*

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I filed the foregoing with the Court using the CM/ECF system. This system sends notifications of such filing and service to all counsel of record.

*/s/ Lindsey H. Chopin*
Lindsey H. Chopin

3